## CRIMINAL CASE INFORMATION SHEET

17-320

Pittsburgh __x__     Erie _____     Johnstown _____

Related to No. _____17-176_____     Judge _____Cercone_____

(All criminal prosecutions arising out of the same criminal transaction or series of transactions are deemed related).

CATEGORY:
1. ____ Narcotics and Other Controlled Substances
1a. ____ Narcotics and Other Controlled Substances (3 or more Defendants)
2. _x_ Fraud and Property Offenses
2a. ____ Fraud and Property Offenses (3 or more Defendants)
3. ____ Crimes of Violence
4. ____ Sex Offenses
5. ____ Firearms and Explosives
6. ____ Immigration
7. ____ All Others

Defendant's name: Keith Komar

Is indictment waived:     ____ Yes     _x_ No

Pretrial Diversion:       ____ Yes     _x_ No

Juvenile proceeding:      ____ Yes     _x_ No

Defendant is:             _x_ Male    ____ Female

Superseding indictment or information     ____ Yes     _x_ No

Previous case number: _____

If superseding, previous case was/will be:

____ Dismissed on defendant's motion
____ Dismissed on governments' motion
____ After appellate action
____ Other (explain)

County in which first offense cited occurred: Allegheny

Previous proceedings before Magistrate Judge: _____

Case No.: _____

PLEASE INCORPORATE MAGISTRATE CASE WITH CRIMINAL CASE

Date arrested or date continuous U.S. custody began: _____

Defendant: ____ is in custody   _X_ is not in custody

Name of Institution: _____

Custody is on:   ____ this charge   ____ another charge

____ another conviction

____ State   ____ Federal

Detainer filed:   ____ yes   ____ no

Date detainer filed: _____

Total defendants: 1

Total counts: 4

Data below applies to defendant No.: 1

Defendant's name: Keith Komar

## SUMMARY OF COUNTS

| COUNT | U.S. CODE | OFFENSE | FELONY | MISDEMEANOR |
|---|---|---|---|---|
| 1 | 18 U.S.C. § 371 | Conspiracy | x | |
| 2 | 21 U.S.C. §§ 331(a), 333(a)(1) and 333(a)(2) | Introduction into Interstate Commerce, with the Intent to Defraud, Misbranded Drugs | x | |
| 3,4 | 18 U.S.C. § 1341 | Mail Fraud | x | |

I certify that to the best of my knowledge the above entries are true and correct.

DATE: NOV 2 9 2017

BRENDAN T CONWAY
Assistant U.S. Attorney
PA ID No. 78726